IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**OMAR WESLEY, by next friend Brenda Wesley,**

    Plaintiff,

v.

**ARMOR CORRECTIONAL HEALTH SERVICES, INC. MAUREEN WHITE, PH.D., DEBORAH MAYO, APNP, EVANSTON INSURANCE COMPANY, MOBILE MEDICAL SPECIALISTS LLC, DEF-1 INSURANCE COMPANY, ABC-1 COMPANY, DEF-2 INSURANCE COMPANY, KIM WOLF, APNP, DEF-3 INSURANCE COMPANY, MILWAUKEE COUNTY, WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION, WISCONSIN COMMUNITY SERVICES, INC., DEF-4 INSURANCE COMPANY, TEWANA MARSHALL, JOHN COOK, MICHAEL EWING, M.D., MEDPRO GROUP, INC., NICHOLAS WINTERGERST, INJURED PATIENTS AND FAMILIES COMPENSATION FUND, and JOHN DOES ONE THROUGH TEN,**

    Defendants.

Case No. 19-CV-00918

**WISCONSIN COMMUNITY SERVICES, INC., TEWANA MARSHALL AND JOHN COOK OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

TO:    Omar Wesley, by next friend Brenda Wesley
          c/o Mark Thomsen Esq.
          Gingras Thomsen & Wachs LLP
          219 N Milwaukee St #520
          Milwaukee, WI 53202

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 68 Defendants, Wisconsin Community Services, Inc, Tewana Marshall and John Cook, hereinafter referred to as "Defendants," hereby serve upon Plaintiff, Omar Wesley, by next Friend Brenda Wesley, an Offer of Judgment in the

total sum of $15,000.00, plus taxable costs, to settle all claims against them asserted in Plaintiff's Complaint in this case.

If the Plaintiff accepts the Offer and serve notice thereof in writing, before trial and within fourteen (14) days after receipt of this Offer, the Plaintiff may file the Offer with proof of service of the Notice of Acceptance with the Eastern District of Wisconsin Clerk of Court.

If this offer is not accepted and the Plaintiffs fail to recover a more favorable judgment the Plaintiffs shall not recover costs but Defendants shall recover costs to be computed on the demand of the Complaint.

Dated this 8th day of May 2020.

SIESENNOP & SULLIVAN, LLP
Attorneys for Defendants,
Wisconsin Community Services, Inc.,
Tewana Marshall and John Cook.

Signed electronically by:

*s/W. Patrick Sullivan*

W. Patrick Sullivan
State Bar Number: 1006235
Ellison F. Hitt
State Bar Number: 1085269

MAILING ADDRESS:
111 W. Pleasant St., Suite 110
Milwaukee, Wisconsin 53212
Telephone: 414-223-7900
Facsimile: 414-223-1199