IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

OMAR WESLEY, by next friend
BRENDA WESLEY,

   Plaintiffs,

  v.         Case No. 19CV0918

ARMOR CORR. HEALTH
SERVS., INC., et al.,

   Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

  Please take notice that Assistant Attorney General Rachel L. Bachhuber formally withdraws as counsel of record for the Defendant, Suzanne Williams, in the above action. Please remove her as counsel of Record. Assistant Attorney General Brandon T. Flugaur will continue to represent the Defendants.

  Dated this 17th day of February, 2021.

           Respectfully submitted,

          JOSHUA L. KAUL
          Attorney General of Wisconsin

          s/ Rachel L. Bachhuber
          RACHEL L. BACHHUBER
          Assistant Attorney General
          State Bar #1052533

          Attorneys for Williams

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188
(608) 294-2907 (Fax)
bachhuberrl@doj.state.wi.us