UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

OMAR H WESLEY,
by next friend BRENDA WESLEY,

                    Plaintiff,

                                                    Case No. 19-cv-0918-bhl

        v.

ARMOR CORRECTIONAL HEALTH
SERVICES INC, et al.,

                    Defendants.

## ORDER GRANTING MOTION TO COMPEL

On April 7, 2021, plaintiff filed an expedited motion to compel defendant Armor Correctional Health Services, Inc. (Armor) to respond to a September 16, 2020 document request.  (ECF No. 145.)  Plaintiff notes that Armor has not responded or objected to the request, despite several follow-up emails and telephone conversations.  (*See* ECF No. 144.)  Armor responded late to plaintiff's motion (nine days after the Civil L. R. 7(h)(2) deadline) only to offer the excuse that its noncompliance has been caused by the volume and partial confidentiality of the requested documents.  (ECF No. 149.)  Armor's tardy response does not justify its lengthy failure to comply with its discovery obligations.  Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel, ECF No. 145, is **GRANTED**.

**IT IS FURTHER ORDERED** that Armor must comply with plaintiff's September 16, 2020 document request on or before **May 7, 2021**.

Dated at Milwaukee, Wisconsin on April 28, 2021.

                                        s/ Brett H. Ludwig
                                        _____
                                        BRETT H. LUDWIG
                                        United States District Judge