# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | May 5, 2023 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 19-cv-0918-bhl |
| CASE NAME: | Wesley v. Armor Correctional Health Services, Inc. et al |
| MATTER: | Status Conference |
| APPEARANCES: | Mark L. Thomsen, Craig Mastantuono, Attorney for Plaintiff |
| | Francesco A. Zincone, Attorney for Defendants Armor Correctional Health Services, Inc., Kim Wolf, and Courtney Holifield |
| | Michael Slovis, Attorney for Defendants Deborah Mayo and Evanston Insurance Company |
| | Samuel C. Hall, Jr., Attorneys for Milwaukee County |
| TIME: | 10:37 a.m. – 10:53 a.m. |
| COURTROOM DEPUTY: | Julie D. |

**AUDIO OF HEARING AVAILABLE AT ECF NO. 269**

The counsel for the parties reported on the status of the case and their opinions as to how the case should proceed, including potential settlement. The Court set dates for a five-day trial commencing September 25, 2023 and ending September 29, 2023. The Court also set a final pretrial conference for September 15, 2023 at 9 a.m. In preparation for the final pretrial conference, final pretrial reports and motions in limine are due September 1, 2023 and responses to motions in limine are due September 8, 2023. The Court will provide further specifics on the requirements for final pretrial reports in a future order.

**IT IS HEREBY ORDERED** that a final pretrial conference will be held on **September 15, 2023 at 9 a.m.** at the United States Federal Building and Courthouse, 517 E. Wisconsin Ave. Milwaukee, WI 53202.

**IT IS FURTHER ORDERED** that a jury trial will be held on **September 25, 2023 through September 29, 2023** at the United States Federal Building and Courthouse, 517 E. Wisconsin Ave. Milwaukee, WI 53202.

**IT IS FURTHER ORDERED** that any motions in limine must be filed no later than 14 days before the final pretrial conference, or by **September 1, 2023**. Motion in limine response briefs must be filed no later than 7 days before the final pretrial conference, or by **September 8, 2023**. Final pretrial reports must be filed no later than 7 days before the final pretrial conference, or by **September 1, 2023**.

Dated at Milwaukee, Wisconsin on May 5, 2023.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge