

**Samuel C. Hall**
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203
Direct: (414) 290-7587
Email: shall@CrivelloLaw.com

August 31, 2023

<u>VIA E-FILING</u>
Hon. Brett Ludwig
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: *Omar Wesley v. Milwaukee County, et al.*
USDC-Eastern District of WI Case No.: 19-CV-918
Our File No.: 2358-1901005

Dear Judge Ludwig:

I write to advise the Court that the parties have reached a settlement in this matter. As such, the parties request that the pretrial conference and jury trial be adjourned.

As part of the resolution, Armor Correctional Health Services, Inc. has stipulated to a judgment in favor of Milwaukee County and Wisconsin County Mutual Insurance Corporation. That stipulation and proposed order directing the entry of judgment will be filed today. Further, the parties anticipate filing a stipulation for dismissal with prejudice within the next 21 days.

We appreciate the Court's consideration in this matter.

Very truly yours,

*[signature]*

SAMUEL C. HALL, JR.

SCH/brr
Cc: All Counsel of Record Via E-Filing

MILWAUKEE, WI   MADISON, WI   WAUWATOSA, WI   EAU CLAIRE, WI   MUKWONAGO, WI   CHICAGO, IL   PEORIA, IL   EDWARDSVILLE, IL
(414) 271-7722  (608) 819-8490  (414) 454-6860  (715) 598-1730  (262) 363-7720  (312) 523-2111  (309) 839-1946  (618) 655-0006

Case 2:19-cv-00918-BHL   Filed 08/31/23   Page 1 of 1   Document 271