# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Omar H. Wesley | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 19-cv-0918-bhl |
| Armor Correctional Health Services, Inc., et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Defendants Milwaukee County and Wisconsin County Mutual Insurance Corporation recover from Defendant Armor Correctional Health Services, Inc. the amount of one million, fifty thousand dollars ($1,050,000).                                                                                      .

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Brett H. Ludwig                                 on a stipulation for judgment.                                                                                      .

Date:   September 29, 2023

CLERK OF COURT

Julie D.
_____
*Signature of Clerk or Deputy Clerk*